RECEIVED

AUG 22 2019

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Dana D Jackson
Blue4dprint, Inc/ Jacksonamericassrvcsllc
General Delivery, Plaintiff(s),
Minneapolis MN 55440

vs.

Wells Fargo Management.
PLAZA Srvcs, LLC
100 E. Wisconsin Ave
Milwaukee, WI 53202

Case No. 19·2326 NEB/BRT
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☒  .  NO ☐

Defendant(s).

(Enter the full name(s) of ALL defendants in
this lawsuit.  Please attach additional sheets
if necessary).

SCANNED
AUG 22 2019
U.S. DISTRICT COURT MPLS

## COMPLAINT

PARTIES

1.  List your name, address and telephone number.  Do the same for any additional plaintiffs.

    a.  Plaintiff  Denial of service

    Name  Dana D Jackson

    Street Address  General Delivery

    County, City  Hennipen County, Minneapolis

    State & Zip Code  Minnesota 55440

    Telephone Number  651 341 6025

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1

Name **Wells Fargo**

Street Address **100 E. Wisconsin Ave**

County, City **Milwaukee, Milwaukee**

State & Zip Code **Wisconsin ~~Ave~~ 53202**

b. Defendant No. 2

Name **Plaza Services, LLC**

Street Address  "                                         "

County, City  "                                          "

State & Zip Code  "                                      "

c. Defendant No. 3

Name

Street Address

County, City

State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

**Blue4dprint, Inc.**

**Jackson American Srvcs, LLC**

2

JURISDICTION

Federal courts are courts of limited jurisdiction.  Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3.  What is the basis for federal court jurisdiction?  *(check all that apply)*

　　☒ Federal Question　　　　☒ Diversity of Citizenship

4.  If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue?  List all that apply.  Claim under Americans with disabilities act (A federal Law)

5.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?  Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff Name: _____　　State of Citizenship: Minnesota

Defendant No. 1: Wells Fargo　　State of Citizenship: Milwaukee Wisconsin

Defendant No. 2: Plaza Services LLC State of Citizenship: Milwaukee Wisconsin

**Attach additional sheets of paper as necessary and label this information as paragraph 5.**
**Check here if additional sheets of paper are attached.** ☐

6.  What is the basis for venue in the District of Minnesota?  *(check all that apply)*

　　☐ Defendant(s) reside in Minnesota　　☐ Facts alleged below primarily occurred in Minnesota

　　☒ Other: explain Debt denial of service for a good standing company. Denial to bank by a good standing company

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim.  The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed.  Each paragraph must be numbered

separately, beginning with number 7.  Please write each single set of circumstances in a separately numbered paragraph.

7. Causing me Homelessness, Causing me cognitive dissonance of United States Constitution, State Statues, Causing me psychosis from my mental illness, PTSD Anxiety, oppression, suppression, cognitive-discrimination which is unjust and prejudice treatment of a good established company and my own person by making a distinction towards my own person as fraudulent.

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking. I am asking for 2 million dollars I want them to be exploited as discrimitory a non-bona fide occupationational qualification against my company in good standing as of time offenses, against me and against my disability also for being bad for Black people www.npr.org/sections/codeswitch/2015/03/05/390723644/why-is-milwaukee-so-bad-for-black-people

on back here↓