# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DANA D. JACKSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PLAZA SERVICES, LLC,<br><br>　　　　　Defendant. | Case No. 19-CV-2326 (NEB/BRT)<br><br>ORDER ON REPORT AND RECOMMENDATION |

The Court has received the January 28, 2020 Report and Recommendation of United States Magistrate Judge Becky R. Thorson. [ECF No. 18.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter,

IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 18] is ACCEPTED, and

2. This action is DISMISSED WITHOUT PREJUDICE under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 21, 2020　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　s/Nancy E. Brasel
　　　　　　　　　　　　　　　　　　　　　　　Nancy E. Brasel
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge